THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN
P. THOMAS, Appellant.

Submitted December 2, 2013; decided December 10, 2013

Submitted December 2, 2013; decided December 10, 2013

Motion by American Psychological Association for leave to ap-
pear amicus curiae on the appeal herein granted only to the

extent that the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.